# EXHIBIT 21

# CytoFLEX SRT Cell Sorter





EVERY
*event matters.*



# The CytoFLEX that Sorts

If you need an approachable instrument for sorting multiple populations to generate high quality material for downstream assays, the CytoFLEX SRT benchtop cell sorter is quick to learn and easy to operate. This extension of the CytoFLEX platform is built on the same optical features as the flow cytometer, but equally important, it continues to adhere to the principles that made multicolor applications accessible to many biomedical research and pharma R&D labs:

- Exquisite sensitivity for multicolor applications
- Extensive set of repositionable bandpass filters
- Flexibility to upgrade by activating additional detection channels
- Intuitive software to facilitate multicolor analysis

**And now leveraging technology to simplify sorting, including automation that:**

- Facilitates stream setup
- Monitors and maintains side streams
- Detects and resolves bubble interference




# CytoFLEX SRT Cell Sorter

CytoFLEX SRT Cell Sorter is offered in seven fluorescence detector configurations. You can activate the lasers and detectors you need now and, by purchasing an activation key, add more channels later as your research needs grow. The fully activated instrument includes five fluorescent channels from the 405 nm (Violet) laser, two from the 488 nm (Blue) laser, five from the 561 nm (Yellow Green) laser, and three from the 638 nm (Red) laser. Every configuration includes 15 bandpass filters which can be repositioned as needed.

450/45, 525/40 (2), 585/42, 610/20 (3), 660/10, 675/30, 690/50, 710/50, 712/25, 780/60 (3)

| Part Number | Configuration | Lasers | Fluorescence Detectors |
|---|---|---|---|
| C71883 | V5-B2-Y5-R3 | 4 | 15 |
| C71884 | V5-B2-Y5-R0 | 3 | 12 |
| C71885 | V5-B2-Y0-R3 | 3 | 10 |
| C71886 | V0-B2-Y5-R3 | 3 | 10 |
| C71887 | V5-B2-Y0-R0 | 2 | 7 |
| C71888 | V0-B2-Y5-R0 | 2 | 7 |
| C71889 | V0-B2-Y0-R3 | 2 | 5 |

The CytoFLEX platform is a bandpass only instrument. Simply move the filter of interest in front of the detector to set the wavelengths detected. All instruments use the same WDM design meaning that filters are interchangeable across the platform. In addition to the full complement included with each instrument, non-standard filters are also available. A custom filter holder increases the flexibility of the platform allowing users to define their own wavelengths.



# High Performance Sorting, Simplified Workflow

CytoFLEX SRT Cell Sorter is a benchtop sorter. It is capable of meeting requirements for a wide range of sorting needs. And like the CytoFLEX Platform, it includes innovative technologies that simplify the setup and operation, empowering investigators to focus on the research questions. The instrument can be configured to use up to four lasers and up to 15-color detection to identify subtle differences between cells. It is capable of complex sort logic with different combinations of sort settings on each of four streams, including the ability to catch aborts of the other streams.

- 4-way sorting
- Mixed mode sorting
- Complex sort logic
- Ability to catch aborts and preserve precious cells

- 100 μm Nozzle
- 35 kHz droplet frequency
- Low sheath pressure



CytoFLEX SRT acquires data and consults sort decisions that are defined by the operator. The electrode applies a positive or negative charge to the sheath stream based on the information that was collected after the particle was interrogated by the laser, together with the specified sort decisions. The charged deflection plates positioned on either side of the droplet stream attract or deflect the charged droplets into the appropriate receptacles.

## Variety of Collection Vessel Options Helps You Control Downstream Workflows

The system includes a 3-in-1 holder to hold tubes, slides or microplates. Preconfigured sort output definitions determine plate voltage and defanning to automatically direct sort streams to the appropriate receptacles. The system supports these sort collection devices:

- 5 mL tube
- 15 mL tube
- 96-well plate (deep and shallow)
- 384-well plate
- Slides





The CytExpert for SRT features automated workflow with innovative setup, monitoring, and stream maintenance systems. Novice users can learn how to operate the system quickly, allowing researchers to spend more time on biological questions and experimental design. Built-in algorithms provide real-time calibration and make sure the right drop delay is assigned factoring in ambient temperature and particle sizes. Stream adjusts and is monitored automatically to help ensure that droplets reach the target tube or well.



**Startup**

Click the button and follow the prompts on the screen. Install the nozzle and click next. The system completes diagnostic tests, pressurizes, and starts the stream in less than 10 minutes.



<30 min

From startup to sample sorting



**Instrument QC**

Instrument QC is the same process as on the CytoFLEX platform and uses the same QC bead. This routine takes less than 5 minutes.



**Sort Calibration**

The software defines the droplet parameters and completes the side stream parameter settings. The drop delay is determined and drop delay values are given. Total time ~6 minutes.



**Sort**

User interface allows operators to set up complex sort logic for four independent streams quickly. Set population, sort mode, collection tube volume, and target count.



**Shutdown**

System Shutdown procedure rinses the sample lane and perfuses the flow cell to prevent saline accumulation. Long term shutdown routine prepares the instrument fluidics for inactivity exceeding 7 days. System liquid is replaced with 70% ethanol solution to prevent microbial growth.

# Multicolor Applications

Building on the reputation of the CytoFLEX platform for ease of use for multicolor applications, CytoFLEX SRT uses a CytExpert–based software. The user interface continues to use the same features that facilitate multicolor flow cytometry applications.

Check out our whitepaper Gain Independent Compensation Enables New Multicolor Flow Cytometry Workflows.



**CytExpert for CytoFLEX SRT Interface.** Template was created for CytoFLEX S using CytExpert software and imported into CytExpert for CytoFLEX SRT. Data was acquired, and sort logic established based on gates.

## Parameter Matched Detector Configuration

The detector configuration for CytoFLEX SRT is an extension of the CytoFLEX S V–B–Y–R Series. It contains two additional channels, one off of the Yellow Green laser and another off of the Violet laser. Having both instruments enables high volume laboratories to design a sort gating strategy using the analyzer before executing on the sorter. CytExpert templates can be ported to CytoFLEX SRT to save time on instrument setup.

| | Blue (488 nm) | | | | | Red (638 nm) | | Yellow Green (561 nm) | | | | | Violet (405 nm) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CYTOFLEX SRT** | 525/40 | 690/50 | 610/20 | 712/25 | 780/60 | 585/42 | 610/20 | 675/30 | 710/50 | 780/60 | 450/45 | 525/40 | 610/20 | 660/10 | 780/60 |
| **CYTOFLEX S V-B-Y-R SERIES** | 525/40 | 690/50 | 610/20 | 712/25 | 780/60 | 585/42 | 610/20 | | 690/50 | 780/60 | 450/45 | 525/40 | 610/20 | 660/10 | |



**BLUE CHANNELS**  **RED CHANNELS**  **YELLOW GRE**

Excellent resolution of 8-peak SPHERO™ Rainbow Calibration Particles.



**T Cells Sorted from Whole Blood.** Human Blood was lysed with VersaLyse (Part Number A09777) stained with DURAClone IM T Cell Subsets Antibody Panel (Part Number B53328) with drop-in liquid markers, CD25-BV605 and CD127-BV785. A two-way sort was set up to isolate Treg and PDI+ CD4 T Cells. The resulting sorted populations were re-analyzed. Gates on the CD127-BV785 by CD25-BV605 plot were adjusted to accommodate for the loss of signal due to photobleaching of BV605. All plots were gated on singlet CD3+ lymphocytes. Sample was sorted at 8,000 events per second in Purity mode.



**Mixed Mode Sorting.** CytoTROL Control Cells (Part Number 6604248) were stained with DURAClone IM T Cell Subsets Antibody Panel (Part Number B53328). A four-way sort was set up to isolate Naïve, Central Memory, Effector Memory, and aborts from all three sort streams, panel A. The resulting sorted populations were re-analyzed, panel B. CD197 (CCR7)-PE staining shows loss of signal post sorting, as expected due to photobleaching of this fluorochrome. All plots were gated for CD3+CD4+ singlet lymphocytes.

## The CytoFLEX Platform



BECKMAN COULTER'S CYTOFLEX FLOW CYTOMETER CUSTOMER TESTIMONIAL

" Increased usage and performance of flow cytometry experiments by lab personnel; beginner – intermediate flow cytometry users are attempting to design more complex multi-color experiments

— Chris Corkum, Research Assistant, Memorial University of Newfoundland

Source: Chris Corkum, Research Assistant, Memorial University of Newfoundland

89% of surveyed organizations are likely to recommend Beckman Coulter's CytoFLEX Flow Cytometer.

88% of organizations agree that the CytoFLEX was easy for lab personnel to learn and master.

83% of surveyed organizations identified ease of use as a factor that contributed to the decision to purchase the CytoFLEX.

*TechValidate Research on CytoFLEX, https://www.techvalidate.com/product-research/beckman-coulter-cytoflex Accessed 3/25/2020.

## EN CHANNELS | VIOLET CHANNELS



# Cell Line Development

Cell lines are critical for biomedical research, where they are used as models for complex biological systems, and for biotherapeutic manufacturing as cellular factories synthesizing and modifying complex molecules with therapeutic applications. Obtaining clonal populations of modified cells is time consuming and labor intensive. A number of properties contribute to the suitability of the cell line, from cell specific production rate, effectiveness of post-translation modifications (PTMs), genetic stability, and adaptability to growth in the bioreactor.  Adding cell sorting to the development method gives investigators the ability to develop cell lines with a wider range of properties for downstream characterization and method development.



## Aseptic Clean Program

Carry out an aseptic clean if the instrument has not been used for more than 30 days or prior to performing an aseptic sorting. The procedure will perfuse 10% bleach through the instrument fluidics and soak per the user specified time. After rinsing with deionized water, an additional perfusion of 70% ethanol will be conducted. The instrument will be prepared for idle by perfusing with sterile sheath fluid.



**Deposition Accuracy of the Cyclone Movement System.** HeLa cells transfected with a GFP expression construct were sorted onto a shallow glass slide and imaged on a microscope.  The trial was repeated 3 times with a sample of 11 cells per trial.  100% of the droplets contained a single GFP+ cell.

# Genomics

Understanding how cellular diversity is coded, somatic changes in DNA or expression of RNA, is essential for understanding biological systems. Single-cell genomics and transcriptomics allow scientists to generate detailed maps of tissues, cellular interactions, and regulatory networks that drive functional outcomes. Underpinning the quality of this data is the quality of the sample and preparation of the single cells. Quality scRNA-seq data depends on quickly and carefully capturing single, live cells to prevent RNA degradation prior to library preparation.



| Sort Stream | % Viable | Estimated Recovery |
|:---:|:---:|:---:|
| L2 | 94% | 92.8% |
| R2 | 96.6% | 80.7% |
| R1 | 98.5% | 92.3% |
| L1 | 100% | 101.6% |

**Recovery and Post Sort Viability.** EL4 mouse T cell lymphoma cell line was assessed for culture viability using the Vi-CELL XR Cell Counter. A four-way sort was set up and the resulting recovery was assessed using estimated sorted liquid volumes and cell count from the sort report and cell counts measured with the Vi-Cell. % viability as measured with the Vi-CELL are also reported. The average recovery across four samples was 91.9% and the post sort viability was >94%.

## Index Sorting for Single-cell Applications

Index sorting allows you to sort single cells onto a plate or slide and indexes the well or slide location to the collected parameters for that cell. You can use this feature to ensure that a sorted cell with a specific phenotype has been sorted. Index sorting is useful in characterizing subpopulations of phenotypically similar events using post-sort genetic, chemical, and/or metabolic applications. The use of Straight Down Mode switches the center stream for sorting into plates. Use this mode for better post sort viability when performing Index Sorting.



# Auto Sort Calibration

Sort Calibration allows the system to achieve an optimal droplet break-off point, optimal side stream settings, and generate the drop delay value automatically (auto drop delay). If the software detects stream instability that cannot be restored by the Auto Maintain function within 1 minute, the Auto Recovery function is initiated.

- **Droplet Calibration**
  System automatically scans the frequency and amplitude to form an optimal droplet.

- **Side Stream Calibration**
  After completing the droplet calibration, the system sequentially calibrates charge phase, charge voltage, and defanning automatically for each sort stream. Detectors also keep the waste stream vertical.

- **Auto Maintain**
  Measures the pixel number, will change the voltage to the piezo to adjust the droplet formation, maintaining the drop delay.



Drop Delay 1

Drop Delay 2

Drop Delay Laser

Droplet Monitoring Camera

Last Attached Drop

Side Stream Monitoring

## One Bead, Two Processes

The CytoFLEX Daily QC Bead, used for setting laser delays, is also used to establish Drop Delay 1 automatically during Auto-stream setup.



# Auto Recovery

If the software detects stream instability which cannot be restored by the Auto Maintain function within 1 minute, Auto Maintain will be turned off and the system starts the Auto Recovery function.

In Auto Recovery, the system sequentially stops the sample flow, extends out the waste catcher, and starts Flow Cell De-bubble. If Auto Recovery succeeds, the system re-enters the Auto Maintain state and restarts sorting automatically. If Auto Recovery fails, the sorting stops, and user intervention is required, for example, cleaning the nozzle holder, performing sort calibration.




**Auto Maintain and Recovery.** After sort calibration the droplet breakoff point is established, indicated with the green line. When stream instability is detected the system enters Monitor mode and attempts to reestablish the stream. During sorting, if the stream cannot be reestablished, the system will initiate recovery mode.



CytoFLEX SRT Flow Cell Assembly with integrated auto-recovery features

## CytoFLEX SRT 100 μm Nozzle

Nozzle design makes resolving clogs easy, and with minimal complications



# Total Cost of Ownership

The total cost of ownership (TCO) is used to calculate the cost of purchasing and operating a technology product or service over its useful life. It is important for evaluating technology costs that aren't always reflected in upfront pricing.



## Avoid Hidden Costs

| | |
|---|---|
| **No need for dedicated operator** | • Builds on the CytoFLEX Platform reputation for being easy to use and master<br>• Automates sort setup so that users can get to the science |
| **Reduced productivity due to lost samples** | • Approachable instrument dedicated to your research strategy and schedule<br>• Automated stream monitoring and recovery<br>• Aseptic Cleaning Mode to reduce the chance of contamination<br>• Multimode sorting allows you to collect aborts increasing the odds for recovery of precious rare populations |
| **Expensive maintenance** | • Perform many routine maintenance procedures independently<br>• Service packages available for more peace of mind |
| **Instrument downtime** | • Purposely built for reliability and serviceability<br>• Available with BeckmanConnect to troubleshoot and diagnose problems before the Service Representative even gets on site |

## Training: From Sorting Theory to CytoFLEX SRT Operation

We are committed to supporting investigators as they incorporate single-cell techniques into their approach. The CytoFLEX SRT is an approachable instrument that is quick to learn and easy to operate. The software will be familiar to experienced users of CytExpert for CytoFLEX. A variety of options are available to support operators.

**Computer Based Training**

• Learn about sorting concepts
• Introduction to operating the CytoFLEX SRT

**Instructor-led Training**

• In-depth sorting theory (2 days)
• CytoFLEX SRT Operation (1 day)

**Field Application Scientist**

• CytoFLEX SRT Basic Operation and Assay Setup

# Service and Support Packages

We understand that acquiring the CytoFLEX SRT Cell Sorter may be the beginning of your relationship with Beckman Coulter. This is why we continually invest in enhancing the critical resources needed to sustain a valuable and collaborative partnership that minimize instrument downtime, maximize data integrity and protect your investment to optimize your success throughout the lifetime of your instrument.

**We offer multiple service contract options based on the lab's needs and budget.**

| | Beckman Coulter Service Plans | | | | |
| --- | --- | --- | --- | --- | --- |
| | WARRANTY PERIOD | | POST-WARRANTY PERIOD | | |
| Plan Benefits | Warranty | Start-Up Care Premium Services | Prevention Plus | Protective | Comprehensive |
| Certified parts, labor | ● | ● | 20% Off | ● | ● |
| Travel expenses[1] | ● | ● | 20% Off | ● | ● |
| Annual preventive maintenance | | 1 PM | 1 PM | 1 PM | 1 PM |
| Annual health check[2] | | ● | | ● | ● |
| Onsite response time guarantee[3] | ● | 3 DAYS | | 3 DAYS | 3 DAYS |
| Remote technical support | ● | ● | ● | ● | ● |
| Software & Engineering updates[4] | | ● | 20% Off | ● | ● |
| Annual basic operator training[5] | | ● | 20% Off | ● | ● |
| Operational qualification (OQ) | | AVAILABLE | | AVAILABLE | AVAILABLE |
| Application Support[6] | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | ● |
| BeckmanConnect Remote Connectivity | ● | ● | ● | ● | ● |
| Relocation support | | ● | | | ● |

*CUSTOMER PREFERRED* ★

1. Within 100 miles of a Beckman Coulter Service hub.
2. Proactive service check performed by a Beckman Coulter field service engineer to address any system or service performance issues.
3. Priority response guaranteed. Contact your local service representative for guaranteed response times based on your location.
4. Reliability updates include hardware, software and instrument modifications to recommended levels.
5. Services performed at your facility by a Beckman Coulter field service engineer.
6. Beckman Coulter application scientist will provide basic onsite support, at customer request. Advanced application support packages available. Contact your Beckman Coulter sales representative for more information.

## Fostering optimal performance, maximum uptime, and peace of mind

Prevent transactional and logistical delays in ordering and scheduling support. With a service package your operators can get the help they need when they need it.

A service package keeps you connected for proactive communication of product improvements, ensuring that you have access to cutting edge technology.

We've designed flexible options to suit the needs of any lab or operation. No matter which package you select, you're making a choice to strengthen your investment.

Lock in your service pricing with a package purchased with the instrument. Ask your Sales Representative for details.

# Accessories and Consumables

### Replacement Parts

| Part Number | Description |
| --- | --- |
| C64209 | CytoFLEX SRT Capsule Filter |
| C64203 | CytoFLEX SRT Sample Line Assembly |
| C64204 | CytoFLEX SRT Sample Probe |
| C58834 | CytoFLEX SRT Nozzle Module, 100 µm |
| C68147 | CytoFLEX SRT Nozzle, 100 µm |
| C64205 | CytoFLEX SRT Orifice O-Ring (x10) |
| C64206 | CytoFLEX SRT Sheath Tank Assembly |
| C64207 | CytoFLEX SRT Waste Container |
| C64208 | CytoFLEX SRT Shutdown Fluid Container |
| C64210 | CytoFLEX SRT Waste Air Filter (x6) |
| C64211 | CytoFLEX SRT De-bubble Filter |
| C72894 | CytoFLEX SRT Fluidic Filter Bundle |



C58834, CytoFLEX SRT Nozzle,
Module 100 µm

### Startup Packs

| Part Number | Description |
| --- | --- |
| C68050 | CytoFLEX SRT Startup Reagent Bundle Kit |

### Reagents

| Part Number | Description |
| --- | --- |
| 81911, | Contrad 70 Cleaning Solution |
| B53230 | CytoFLEX Daily QC Fluorospheres |
| B51503 | CytoFLEX Sheath Fluid |
| A64669 | FlowClean Cleaning Agent |
| 6605359 | FP, FLOW CHECK KIT COULTER FLUOROSPHERES 3 X 10 ML KIT |
| 8546859 | IsoFlow Sheath Fluid |
| C52574 | CytoFLEX SRT Shutdown Fluid |



B53230, CytoFLEX Daily QC
Fluorospheres

### Plastic

| Part Number | Description |
| --- | --- |
| 2523749 | Polypropylene Sample Tubes, Blue |
| 609801 | Microtiter Plates, 96-well V Bottom |
| 609844 | Microtiter Plates, 96-well Flat Bottom |

# Biosafety Cabinet

We've partnered with Baker Corporation to develop the SterilGARD for CytoFLEX SRT Cell Sorter. This is a class II, Type Biosafety Containment Cabinet designed specifically for the CytoFLEX SRT and verified to meet personnel and product protection standards. It includes an aerosol evacuation system.



### Standards and Codes Description

| | |
|---|---|
| NSF/ANSI 49 | |
| EN12469 | |
| BS EN12469 | |
| SANS 12469 | The cabinet is microbiologically tested with the instrument inside the work area to validate personnel and product protection for each listed standard. This testing does not constitute actual product listing. |
| NF-095 | |
| YY-0569 | |
| JIS K 3800 | |
| AS 1807.1 | |
| UL/IEC 61010-1, 3rd Edition | Mechanical, Electrical and Personal safety testing, US and International |
| CE mark | Cabinet adheres to the safety and health requirements of the relevant EC directives |
| Work Area Cleanliness | Meet or exceed ISO Class 5 (Class 100) |

## Models Available

| Part Number | Description |
|---|---|
| C71892 | Biosafety Cabinet, CytoFLEX SRT, 115V |
| C71890 | Biosafety Cabinet, CytoFLEX SRT, 230V |
| C71891 | Biosafety Cabinet, CytoFLEX SRT, 100V |

## Aerosol Evacuation System

An aerosol management system to evacuate aerosols is available for use with or without a biosafety cabinet.

| Part Number | Description |
|---|---|
| C63649 | AEROSOL EVAC SYSTEM, 100/120V-50/60Hz |
| C63648 | AEROSOL EVAC SYSTEM, 220/240V-50/60Hz |

## Choose Beckman Coulter for Benchmark Expertise and Innovation

For over 85 years Beckman Coulter has driven innovation. We remain committed to shaping flow cytometry technology to fit seamlessly into your lab's workflow and to provide an optimal user experience. When you choose a Beckman Coulter instrument you receive the highest level of expertise, innovation, and quality assurance.

Contact your local Beckman Coulter sales representative.
**beckman.com/contact-us**



For Research Use Only. Not for use in diagnostic procedures.

© 2021 Beckman Coulter Life Sciences. All rights reserved. Beckman Coulter, the stylized logo, and the Beckman Coulter product and service marks mentioned herein are trademarks or registered trademarks of Beckman Coulter, Inc. in the United States and other countries.

SPHERO is a trademark of Spherotech, Inc.

For Beckman Coulter's worldwide office locations and phone numbers, please visit Contact Us at **beckman.com**

20.12.539.FLOW

EXHIBIT 22



## CytoFLEX SRT Cell Sorter



## OPTICS

### EXCITATION OPTICS

CytoFLEX SRT has the capacity for 17 detection channels, including 15 for fluorescence detection. The fully activated instrument includes five fluorescent channels from the 405 nm (Violet) laser, two from the 488 nm (Blue) laser, five from the 561 nm (Yellow) laser, and three from the 638 nm (Red) laser. Upgradeable configurations starting from two lasers can be chosen based on research requirements.

### LASER SPECIFICATIONS
**Spatially Separated Laser Options**

| Laser | Wavelength | Power |
|---|---|---|
| Violet | 405 nm | 90 mW |
| Blue | 488 nm | 50 mW |
| Yellow | 561 nm | 30 mW |
| Red | 638 nm | 100 mW |

### FLOW CELL

Fixed integrated optics and quartz flow cell design.

### FORWARD SCATTER DETECTION

Silicon photodiode with built in 488/8 nm bandpass filter.

### BANDPASS FILTERS
**Includes 16 repositionable filters**

| | |
|---|---|
| 405/10 | 675/30 |
| 450/45 | 690/50 |
| 525/40 (2) | 710/50 |
| 585/42 | 712/25 |
| 610/20 (2) | 780/60(3) |
| 660/10 (2) | |

### FLUORESCENCE AND SIDE SCATTER DETECTION

Fluorescent and side scatter light is delivered by fiber optics to Avalanche Photodiode detector arrays. Proprietary design ensures high performance, high efficiency, low-noise signal detection. Emission profiles are collected using reflective optics and single transmission bandpass filters.

### VIOLET SIDE SCATTER CONFIGURATION

Option to configure Avalanche Photo Diode detector array to collect side scatter signal from Violet (405 nm) laser. The configured channel (VSSC) can be utilized to better resolve nanoparticles.

### QUALITY CONTROL

For detection channel off the 405, 488, 561, and 638 nm laser, CytExpert SRT QC automation pass/fail criteria is rCV ≤5.0%.

## FLUIDICS

Built-in pump with anti-vibration design provides system pressure and vacuum.

### FLUIDIC CAPACITY

Fluidic cart with on-board fluid containers.

4 L steel sheath container, autoclavable.

7 L high-density polyethylene waste container.

1 L high-density polyethylene shutdown fluid container.

### SHEATH PRESSURE

Fixed 15 psi

### NOZZLE

Plug-and-play nozzle holder with replaceable 100 µm ceramic nozzle, ultrasonically cleanable.

### SAMPLE FLOW RATES

Adjustable sample flow rates from approximately 10-100 µL/min.

### SAMPLE INPUT FORMATS

5 mL (12 x 75 mm) polystyrene and polypropylene tubes.

Sample Agitation: Eccentric mixing, 3 adjustable mixing speed to suspend the sample

Inline bubble detector can auto detect and stop sampling when tube is empty to avoid bubbles entering the flow cell.

### MAINTENANCE

Automated maintenance functions for daily and periodic cleaning operations: System Startup, System Shutdown, Daily Clean, Flow Cell Clean, Aseptic Clean, Long Term Shutdown, Backflush, Sheath Filter De-bubble, Flow Cell De-bubble.

Maintenance reminder can be set up in the software for some regular operations with custom cycle time.

User replaceable fluidic filters and sample line.

## ELECTRONICS

### NOMINAL ACQUISITION RATE

40,000 events per second with all configured parameters

Software capability to modify window extension parameter.

### SIGNAL PROCESSING

Fully digital system with 7 decades data display.

### SIGNAL

Pulse area, height for every channel, width for up to two selectable channels.

# PERFORMANCE

## ANALYSIS

### SCATTER RESOLUTION

Blue (488nm) Side Scatter Resolution: 300 nm.

Violet (405 nm) Side Scatter Resolution (VSSC): 200 nm (available only for configurations containing the violet laser).

Scatter performance is optimized for resolving human lymphocytes, monocytes, and granulocytes as well as nanoparticles.

### CARRYOVER

<0.1% (QC Beads).

### SENSITIVITY

FITC: <30 molecules of equivalent soluble fluorochrome (MESF-FITC) from the 488 nm laser.

PE: <10 molecules of equivalent soluble fluorochrome (MESF-PE) from the 561 nm laser.

APC: <25 molecules of equivalent soluble fluorochrome (MESF-APC) from the 638 nm laser.

### FLUORESCENCE RESOLUTION

The CytoFLEX SRT Cell Sorter can achieve <3% rCV with alignment verification particles capable of rCVs <3%.

## SORTING

### AUTOMATED SORT SETUP

The system can perform system startup, QC and sort calibration to be ready to sort within 30 minutes. All sort settings can be defined automatically.

New side stream system can automatically define charge parameters, monitor the sides streams and maintain them.

### DROPLET FORMATION

Improved Intellisort® technology is used for automatic droplet optimization, monitor and maintain, and drop delay determination.

Droplet frequency: 30,000 Hz to 35,000 Hz automatically optimized, adjustable.

### PURITY

CytoFLEX SRT is capable of simultaneously bulk sorting up to 4 defined populations of particles >99% purity with 5% target population, sample threshold ≤10,000 events per second, while the yield rate is above 80% theoretic rate.

Purity level could be maintained with higher sorting speed up to 30,000 events per second, while the yield rate would be lower based on Poisson Distribution.

### SORT FUNCTIONS

**Stream Mode:** Deflection mode and straight-down mode (one-way sorting only).

**Sort Mode:** 4 preset sorting modes for different sorting purity and yield requirements. User defined modes can be added.

**Mixed mode sorting:** different sorting modes can be applied to different stream ways.

**Index sorting for plate or slide sorting:** sorted cells are linked with the sorted locations. Index information can be read from the index sorting plots and in sort reports.

### COLLECTION DEVICES

Standard all-in-one Cyclone collection module.

4-way sorting devices: four 5ml tubes, the two outer collection tubes can also be 15 mL tubes.

1-way sorting devices:  6-, 24-, 48-, 96- and 384-well plates, 96-deep well plate, slides, custom devices can be calibrated.

## SORT RESCUE AND SORT RECOVERY

When a clog happens or droplets are not stable during sorting, sorting will be paused or stopped automatically, and the waste catcher will be extended to protect the sorted sample. The system will also automatically de-bubble the flow cell if the stream is not stable during sorting to recover sorting conditions.

# DATA MANAGEMENT

## SOFTWARE

The CytExpert SRT software is a full-featured software package that controls the instrument's operation, collection of experiment data, and analysis of the results.

Experiments generated by CytExpert 2.4 or earlier versions can be converted to the format of CytExpert SRT experiments and opened by the software.

If desired, export FCS files for analysis in Kaluza, Cytobank and other platforms.

## STANDARDIZATION

Daily QC beads or any other reference material that is relevant for your application may be used as a standardization sample to set target values and calibrate the gain settings automatically.

## LANGUAGE

English and Chinese.

## OPERATING SYSTEM

Windows® 10 Enterprise LTSC 2019 x64-bit.

## FCS FORMAT

FCS 3.0.

## MAXIMUM SAMPLE SIZE

30 million event per file with all parameters.

## RECOMENDED COMPUTER SPECIFICATIONS

CPU: Intel Core i7 or above.

Memory: 8 GB RAM or higher.

Storage: 1 TB drive or higher.

Ethernet: Integrated 100M GB, Dual Ethernet ports.

USB Port: ≥4 ports, at least one USB 3.0.

Monitor: 32-inch monitor (2560x1440 resolution) or 24-inch monitor (1920x1080 resolution).

## COMPENSATION

Automatic full matrix compensation.

Manual full matrix compensation.

Novel Compensation Library: store fluorescent spillover values of dyes to easily determine the correct compensation matrix with new gain settings.

Import/export compensation values between experiments.

Absolute linear gain amplification enables the use of compensation settings between experiments and sample types.

# OPTIONS

## TEMPERATURE CONTROL

Optional water recirculation system for input sample tube and collection tubes. Two separated circuits for input and collect, which can be adjusted altogether or separately.

## AEROSOL EVACUATION SYSTEM

The Aerosol Evacuation System removes aerosols and micro droplets, which may be generated during normal operation or sort failure conditions, from the sort chamber without disturbing sorting. Micro droplets and particulates greater than 0.12 μm are removed under vacuum and trapped in an Ultra-Low Penetration Air (ULPA) filter.

## BIOSAFETY CABINET

The BSL-2, Type A2 biosafety cabinet is specially modified for CytoFLEX SRT cell sorter from Baker. Microbiological tests have been conducted to meet International standards.

### Standards

| | |
|---|---|
| NSF/ANSI 49 | |
| EN12469 | |
| BS EN12469 | Cabinet is microbiologically tested with instrument inside work area to validate personnel and product protection for each listed standard. This testing does not constitute actual product listing. |
| SANS 12469 | |
| NF-095 | |
| SFDA YY-0569 | |
| JIS K 3800 | |
| AS 1807.1 | |

## INSTALLATION REQUIREMENTS

### DIMENSIONS (W X D X H)

**Sorter**

72.5 cm x 47.5 cm x 45 cm.

28.5 in x 18.7 in x 17.7 in.

**Fluidics cart**

34.5 cm x 60 cm x 48.5 cm.

13.6 in x 23.6 in x19.1 in.

## WEIGHT

**Sorter** 62 kg.

**Fluidics cart** (without fluid) 13.5 kg.

## POWER SPECIFICATIONS

Voltage: AC 100-240V, 50/60Hz

Rated Power: 200VA

## OPERATION ENVIRONMENT

**Ambient Temperature:** 15-27°C within ±2°C temperature variation during operation (15-23°C in biosafety cabinet).

**Relative Humidity:** 20-80% (noncondensing).

**Altitude:** 2,000 m (max).

## COMPLANCE OF SAFETY STANDARDS

IEC 61010-1:2010, AMD1:2016

IEC 61010-2-081:2019

UL 61010-1:2012

CSA-C22.2 NO. 61010-1-12

For research use only. Not for use in diagnostic procedures.

© 2021 Beckman Coulter, Inc. All rights reserved. Beckman Coulter, the stylized logo, and the Beckman Coulter product and service marks mentioned herein are trademarks or registered trademarks of Beckman Coulter, Inc. in the United States and other countries. All other trademarks are the property of their respective owners.

For Beckman Coulter's worldwide office locations and phone numbers, please visit Contact Us at **beckman.com**

20.12.565.FLOW



# EXHIBIT 23



Menu

Shop & Products ⌄

Resources ⌄

Service ⌄

Support ⌄

About Us ⌄

# Are You Ready?

## Introducing the CytoFLEX SRT cell sorter, arriving early 2021



Ready to take control of your cell purification workflows? Want a dedicated instrument for your unusual cells? Interested in a benchtop sorter but not willing to trade on performance?

Want all this, in a footprint that doesn't take up the room? We've got you covered.

Built on the CytoFLEX platform, we've kept the APD detectors, the high sensitivity and ease-of-use you know and love in our analyzers, and put it in a benchtop sorter. Introducing: CytoFLEX SRT.

## Introducing CytoFLEX SRT



Product details:

- 4-way sorting, mixed-mode sorting or the ability to capture your aborts
- Parameter-matched to CytoFLEX S
- Multiple configurations, upgrade later
    - Up to 4 laser, 15 color –VBYR
- Can sort into 96- or 384-well plates, with or without index sorting.
- Fully automated sort setup
    - Automated droplet formation and drop-delay calculation
    - Side stream monitoring and automated side stream optimization
- Initial release with a 100-micron nozzle, with frequencies to accommodate common sorting workflows

# Look inside the CytoFLEX SRT



Research use only. Not for use in diagnostic procedures.

## Get on the VIP list for the new sorter and have access to purchase before everyone else.

* First Name

* Last Name

* Email

Phone

* Company

* Country

* Postal Code

* City

Please keep me informed about Beckman Coulter webinars, products, goods, and services, including products, goods, or services from our related companies.

* By Email: ○ **I Consent**
○ **I DO NOT Consent**

* By Phone: ○ **I Consent**
○ **I DO NOT Consent**

By submitting this form I confirm that I have reviewed and agree with the Privacy Policy and Terms of Use. I also understand my privacy choices as they pertain to my personal data as provided in the Privacy Policy under "Your Privacy Choices".



Add me to the list

**INSTRUMENTS** +

**REAGENTS** +

**OUR COMPANY** +

**BECKMAN COULTER DIAGNOSTICS** +

Life Sciences Division Headquarters
5350 Lakeview Parkway S Drive
Indianapolis, IN 46268
United States

Copyright/Trademark
Online Terms of Use
Privacy Statement
Do not sell my personal data
Sitemap

  

© 2000- 2021 Beckman Coulter, Inc. All rights reserved.

NOT ALL PRODUCTS ARE AVAILABLE IN ALL COUNTRIES.
PRODUCT AVAILABILITY AND REGULATORY STATUS DEPENDS ON COUNTRY REGISTRATION PER APPLICABLE REGULATIONS

The listed regulatory status for products correspond to one of the below:
IVD: In Vitro Diagnostic Products. These products are labeled "For In Vitro Diagnostic Use."
ASR: Analyte Specific Reagents. These reagents are labeled "Analyte Specific Reagents. Analytical and performance characteristics are not established."
CE: Products intended for in vitro diagnostic use and conforming to European Directive (98/79/EC). (Note: Devices may be CE marked to other directives than (98/79/EC)
RUO: Research Use Only. These products are labeled "For Research Use Only. Not for use in diagnostic procedures."
LUO: Laboratory Use Only. These products are labeled "For Laboratory Use Only."
No Regulatory Status: Non-Medical Device or non-regulated articles. Not for use in diagnostic or therapeutic procedures.

# EXHIBIT 24



Menu

Shop & Products ⌄

Resources ⌄

Service ⌄

Support ⌄

About Us ⌄

Email Signup

# Beckman Coulter Life Sciences Launches Next-Generation CytoFLEX SRT Benchtop Cell Sorter

*Simple, powerful user experience combines with reliability and scalability allowing users to focus on experimental results instead of process*

**Indianapolis — (March 4, 2021)** — Leading the way for more than 85 years, Beckman Coulter Life Sciences proudly announces the launch of its highly anticipated CytoFLEX SRT Benchtop Sorter — the CytoFLEX that sorts, and features expanded laser and color options for use in labs of all sizes.

This new addition to the CytoFLEX Platform builds on the principles of the CytoFLEX, which make multicolor applications accessible. The software experience will be very familiar, further increasing the ease-of-use right out of the box. It now boasts new technologies to automate and simplify sort setup and stream maintenance, bringing the power of single-cell analysis to more laboratories.

"This product grows as customer needs grow," said Dr. Mario Koksch, Vice President and General Manager of the Flow Cytometry business unit at Beckman Coulter Life Sciences. "Our commitment to the customer doesn't stop upon delivery. We take an individual approach to each lab, which is why we designed the CytoFLEX SRT to have the option for additional lasers and detectors activated when those customer needs arise. We build meaningful relationships through products, consumables, service, and software that will last for years to come."

The CytoFLEX SRT is our first benchtop cell sorter and offers up to four lasers and 17 detection channels to help accelerate answers in genomics and immunophenotyping workflows. First-time users praise the hassle-free experience and immediate convenience.

"The performance from straight out of the box was great," said Dr. Karen Hogg, Experimental Officer in the Department of Biology at the University of York. "It was very simple, intuitive, and easy to use. The workflow seems to be streamlined."

Advanced technology allows automation to facilitate stream setup, monitor and maintain side streams, and detect and resolve bubble interference. Our CytExpert SRT software further increases automation while requiring less supervision for both routine and complex samples. As social distancing continues, the ability to free up lab staff while requiring minimal training to use the instrument is further applauded by users.

"It's a credit to the system that it is that user-friendly that you don't need any specialist training to use it, and for us that's been a really big bonus," said Dr. Peter O'Toole, Head of Imaging and Cytometry in the Department of Biology at the University of York.

Thanks to its compact footprint and upgradeability, smaller labs are finally able to leverage this powerful cell sorting research and processing capability for the first time with a non-intimidating experience for novice users.

A critical part of the development of the CytoFLEX SRT is the attention to design for reliability, according to Pavel Lorenzo, Senior Engineer in Service and Support for Beckman Coulter Life Sciences. "In this project we have emphasized reliability and serviceability while also building in special tools to allow us to quickly isolate a problem and get to a solution. Paired with BeckmanConnect, our remote management tool, this leads to minimizing the downtime that the customer may experience."

The CytoFLEX SRT joins the CytoFLEX, CytoFLEX S, and CytoFLEX LX benchtop Flow Cytometers by Beckman Coulter Life Sciences. Visit CytoFLEX SRT page to learn more about this suite of products or to request a quote.

**INSTRUMENTS** +

**REAGENTS** +

**OUR COMPANY** +

**BECKMAN COULTER DIAGNOSTICS** +

Life Sciences Division Headquarters
5350 Lakeview Parkway S Drive
Indianapolis, IN 46268
United States

Copyright/Trademark
Online Terms of Use
Privacy Statement
Do not sell my personal data
Sitemap

  

© 2000- 2021 Beckman Coulter, Inc. All rights reserved.

NOT ALL PRODUCTS ARE AVAILABLE IN ALL COUNTRIES.
PRODUCT AVAILABILITY AND REGULATORY STATUS DEPENDS ON COUNTRY REGISTRATION PER APPLICABLE REGULATIONS

The listed regulatory status for products correspond to one of the below:
IVD: In Vitro Diagnostic Products. These products are labeled "For In Vitro Diagnostic Use."
ASR: Analyte Specific Reagents. These reagents are labeled "Analyte Specific Reagents. Analytical and performance characteristics are not established."
CE: Products intended for in vitro diagnostic use and conforming to European Directive (98/79/EC). (Note: Devices may be CE marked to other directives than (98/79/EC)

RUO: Research Use Only. These products are labeled "For Research Use Only. Not for use in diagnostic procedures."

LUO: Laboratory Use Only. These products are labeled "For Laboratory Use Only."

No Regulatory Status: Non-Medical Device or non-regulated articles. Not for use in diagnostic or therapeutic procedures.