EXHIBIT 26



Menu

Shop & Products ⌄

Resources ⌄

Service ⌄

Support ⌄

About Us ⌄

# Patent Marking

This web page is provided in compliance with the virtual patent marking provisions of the America Invents Act. The Beckman Coulter Life Sciences products listed below are protected by the listed patents in the United States. These Beckman Coulter products may be protected by additional patents, and other patents may be pending, in the U.S. or other jurisdictions. Any Beckman Coulter Life Sciences products not listed may be protected by one or more patents. These lists are updated approximately twice per year and were last updated in November 2019.

## Optima XPN Ultracentrifuge

- 8951181
- 9246432
- 9956564

## HarvestLine System Liners

- 6458067
- 6746601
- 7128838

## LS 13 320 / LS 13 320 XR Particle Sizing Analyzers

- 7002682
- 6414754

## MET ONE Air Particle Counters

- 7002682
- 6414754

## HIAC Liquid Particle Counters

- 8363222
- 8550413
- 9746012

## CytoFLEX Flow Cytometer

- 9746412
- 10209174
- 10126227
- 10330582

## Biomek FX / FX$^P$ / NX / NX$^P$ / i-Series Liquid Handlers

- 7267801
- 75343954

## Gallios/ Navios / Navios EX Flow Cytometers

- 7940105
- 8149041
- 8229678
- 8284402
- 7613583

## AQUIOS CL Flow Cytometry System

- 9568428
- 7832292
- 9025145

# MoFlo Astrios EQ / MoFlo XDP Cell Sorters

- 7590500
- 8290751
- 9243995
- 7945428
- 7024316
- 9243995
- 7945428
- 8290751
- 8754390
- 8922646
- 8889072
- 8290625
- 10190959
- 10132678
- 9885603
- 10101260

**\* Product Interest**

| Please select... | ⌄ |

**\* How Can We Help**

| Please select... | ⌄ |

**\* First Name**

**\* Last Name**

**\* Email**

**Phone**

\* Company

\* Country

[ select dropdown ▾ ]

\* Postal Code

\* Address

\* City

\* Comments

[ text area ]

Please keep me informed about Beckman Coulter webinars, products, goods, and services, including products, goods, or services from our related companies.

\* By Email:  ○ **I Consent**
             ○ **I DO NOT Consent**

\* By Phone:  ○ **I Consent**
             ○ **I DO NOT Consent**

By submitting this form I confirm that I have reviewed and agree with the Privacy Policy and Terms of Use. I also understand my privacy choices as they pertain to my personal data as provided in the Privacy Policy under "Your Privacy Choices".

[ Submit ]

**INSTRUMENTS**                                                    +

**REAGENTS**                                                       +

**OUR COMPANY** +

**BECKMAN COULTER DIAGNOSTICS** +

Life Sciences Division Headquarters

5350 Lakeview Parkway S Drive

Indianapolis, IN 46268

United States

Copyright/Trademark

Online Terms of Use

Privacy Statement

Do not sell my personal data

Sitemap

  

© 2000- 2021 Beckman Coulter, Inc. All rights reserved.

NOT ALL PRODUCTS ARE AVAILABLE IN ALL COUNTRIES.
PRODUCT AVAILABILITY AND REGULATORY STATUS DEPENDS ON COUNTRY REGISTRATION PER APPLICABLE REGULATIONS

The listed regulatory status for products correspond to one of the below:
IVD: In Vitro Diagnostic Products. These products are labeled "For In Vitro Diagnostic Use."
ASR: Analyte Specific Reagents. These reagents are labeled "Analyte Specific Reagents. Analytical and performance characteristics are not established."
CE: Products intended for in vitro diagnostic use and conforming to European Directive (98/79/EC). (Note: Devices may be CE marked to other directives than (98/79/EC)
RUO: Research Use Only. These products are labeled "For Research Use Only. Not for use in diagnostic procedures."
LUO: Laboratory Use Only. These products are labeled "For Laboratory Use Only."
No Regulatory Status: Non-Medical Device or non-regulated articles. Not for use in diagnostic or therapeutic procedures.

# EXHIBIT 27



Menu

Shop & Products ⌄

Resources ⌄

Service ⌄

Support ⌄

About Us ⌄

Email Signup ⬇

Beckman Coulter CARES Update

AQUIOS CL Flow Cytometer Wins Two Awards Year in International Business Awards

Genetic Engineering News &ndash; Democratizing Flow Cytometry<br>

Buyers&rsquo; Guide: Flow Cytometers

Beckman Coulter Life Sciences Acquires Blue Ocean Biomedical

# Beckman Coulter Life Sciences To Acquire Cytometer Maker Xitogen

Acquisition Will Broaden Product Offering, Provides Asian Operations Center

Indianapolis (April 22, 2014) - Beckman Coulter Life Sciences has entered into an agreement to acquire Xitogen Technologies Inc. together with Cytojene Corporation. Xitogen, a flow cytometer developer based in Suzhou and Dalian, China, will provide Beckman Coulter Life Sciences with both a strong operational base in the growing China market and a high quality research instrument to round out their world-class cytometry offering. The acquisition is subject to customary closing conditions and is expected to close in the second quarter of 2014.

Xitogen has developed the XTG-1600, a small footprint cytometer that can detect objects in the 100 nanometer range – viruses, bacteria, microparticles and cell organelles – making it an excellent choice for basic research investigations. The base single-laser/four-channel system can be incrementally expanded to a threelaser/16-channel configuration.

The acquisition of the Xitogen business includes fully staffed facilities in Suzhou and Dalian, which will function as research and development and manufacturing centers for Beckman Coulter Life Sciences.

"We see Xitogen's technology as an accelerator that will rapidly grow our menu of products and services," stated Jennifer Honeycutt, president of Beckman Coulter Life Sciences. "We believe that Xitogen offers significant synergies within several of our strategic focus areas, which will help to advance our mission of delivering innovative and trusted scientific solutions across the globe."

"Having an operational base in the growing Asian market will enable us to provide timely service to customers in that region," said Mario Koksch, vice president and general manager of the Cytometry Business Unit for Beckman Coulter Life Sciences. "Adding this technology and intellectual property to our existing portfolio means we can extend our reach from clinical diagnostics through clinical research and further into basic research.""We believe that flow cytometers should be easy to use, able to grow with the technical needs of the users, and provide the highest quality and performance," said Dr. Yong Chen, founder of Xitogen. "We're proud our technology will be part of the Beckman Coulter portfolio, and excited about the prospects created by having access to their sales and distribution channels."

Beckman Coulter Life Sciences offers a comprehensive line of cellular analysis products, including the industry-leading Navios and FC 500 clinical cytometers, the Gallios and CyAn research cytometers, and the MoFlo XDP and Astrios EQ cell sorters. Other

products include sample preparation systems, Kaluza software and a full line of fluorescently-labeled Antibodies and associated support products.

INSTRUMENTS                                                          +

REAGENTS                                                            +

OUR COMPANY                                                         +

BECKMAN COULTER DIAGNOSTICS                                         +

Life Sciences Division Headquarters
5350 Lakeview Parkway S Drive
Indianapolis, IN 46268
United States

Copyright/Trademark
Online Terms of Use
Privacy Statement
Do not sell my personal data
Sitemap

  

© 2000- 2021 Beckman Coulter, Inc. All rights reserved.

NOT ALL PRODUCTS ARE AVAILABLE IN ALL COUNTRIES.
PRODUCT AVAILABILITY AND REGULATORY STATUS DEPENDS ON COUNTRY REGISTRATION PER APPLICABLE REGULATIONS

The listed regulatory status for products correspond to one of the below:
IVD: In Vitro Diagnostic Products. These products are labeled "For In Vitro Diagnostic Use."
ASR: Analyte Specific Reagents. These reagents are labeled "Analyte Specific Reagents. Analytical and performance characteristics are not established."
CE: Products intended for in vitro diagnostic use and conforming to European Directive (98/79/EC). (Note: Devices may be CE marked to other directives than (98/79/EC)
RUO: Research Use Only. These products are labeled "For Research Use Only. Not for use in diagnostic procedures."
LUO: Laboratory Use Only. These products are labeled "For Laboratory Use Only."
No Regulatory Status: Non-Medical Device or non-regulated articles. Not for use in diagnostic or therapeutic procedures.

# EXHIBIT 28



Menu

Shop & Products ⌄

Resources ⌄

Service ⌄

Support ⌄

About Us ⌄

Email Signup

# Inventor of Beckman Coulter Life Sciences' CytoFLEX Flow Cytometer Honored

Joining Dr. Beckman and Wallace Coulter as Fellow of American Institute for Medical and Biological Engineering (AIMBE) Inventor of Beckman Coulter Life Sciences' CytoFLEX Flow Cytometer Honored for his Engineering Innovation. This honor follows in the footsteps of the founding fathers of the company, Dr. Arnold Beckman and Wallace Coulter, both previous fellows of this prestigious organization.

"In honoring Dr Chen, the AIMBE recognises the impact the outstanding technology the CytoFLEX flow cytometer on the life sciences research space," explained Mario Koksch, Vice President and General Manager of the Flow Cytometry Business Unit, Beckman Coulter Life Sciences.

"With its use of disruptive technologies, the CytoFLEX sets new standards of

fluorescence sensitivity, enabling scientists to expand into new research areas using side scatter off the violet laser for enhanced nanoparticle detection."

In 2012, Dr. Chen founded Xitogen Technologies Inc., a China based startup created to develop a revolutionary life science instrument. Xitogen was acquired by Danaher two years later; and he has spearheaded the production of the first new instrument to be launched since the acquisition, the Beckman Coulter CytoFLEX Flow Cytometer.

"I am honored to be recognized by the AIMBE and to join such an illustrious group of fellows," Dr. Chen explained. "The considerable research facilities offered by Beckman Coulter Life Sciences, not just in the field of flow cytometry, creates a stimulating and innovative environment in which to explore the frontier of medical and biological engineering."

The American Institute for Medical and Biological Engineering (AIMBE) is a non-profit organization, with 50,000 members. It represents the top 2% of medical and biological engineering professionals. Dr. Chen was inducted at AIMBE's 25th Annual Event, held earlier this month at the National Academy of Sciences, Washington, DC. The theme of this year's event was 'look back at 25 years of Innovation and to look forward to the next 25 years of progress'.

Mr. Milan Yager, the AIMBE Executive Director, said: "AIMBE serves as the leading voice and advocate for the benefit of medical and biological engineering to the public. Dr. Chen's election is in recognition of his distinguished career and presents the opportunity to further broaden the impact of his achievements on life science engineering."

Dr. Yong Chen
Dr. Chen was raised in China and received his PhD in Physical Chemistry from MIT in Cambridge, Massachusetts. His PhD work was recognized by the American Chemical Society as the best thesis of the year with the distinguished Nobel Laureate Signature Award in 1990. He started his career as an assistant professor in the College of Chemistry at University of California Berkeley, with a joint appointment as a senior faculty scientist in the Lawrence Berkeley Laboratory.

While at Berkeley, Yong built the first Femtochemistry lab in the University of California System and was an Alfred P. Sloan Research Fellow and winner of the Henry Dreyfus Young Investigator award and NSF Presidential Young Investigator award. He later joined

the renowned Bell Laboratories. Dr. Chen has more than 20 issued and pending US and international patents.

**INSTRUMENTS** +

**REAGENTS** +

**OUR COMPANY** +

**BECKMAN COULTER DIAGNOSTICS** +

Life Sciences Division Headquarters
5350 Lakeview Parkway S Drive
Indianapolis, IN 46268
United States

Copyright/Trademark
Online Terms of Use
Privacy Statement
Do not sell my personal data
Sitemap

  

© 2000- 2021 Beckman Coulter, Inc. All rights reserved.

NOT ALL PRODUCTS ARE AVAILABLE IN ALL COUNTRIES.
PRODUCT AVAILABILITY AND REGULATORY STATUS DEPENDS ON COUNTRY REGISTRATION PER APPLICABLE REGULATIONS

The listed regulatory status for products correspond to one of the below:
IVD: In Vitro Diagnostic Products. These products are labeled "For In Vitro Diagnostic Use."
ASR: Analyte Specific Reagents. These reagents are labeled "Analyte Specific Reagents. Analytical and performance characteristics are not established."
CE: Products intended for in vitro diagnostic use and conforming to European Directive (98/79/EC). (Note: Devices may be CE marked to other directives than (98/79/EC)
RUO: Research Use Only. These products are labeled "For Research Use Only. Not for use in diagnostic procedures."
LUO: Laboratory Use Only. These products are labeled "For Laboratory Use Only."
No Regulatory Status: Non-Medical Device or non-regulated articles. Not for use in diagnostic or therapeutic procedures.

EXHIBIT 29

## Contact

www.linkedin.com/in/yong-chen-0b992312 (LinkedIn)

## Top Skills

Lifesciences
Laboratory
Fluorescence Microscopy

## Languages

English
Mandarin Chinese

# Yong Chen

Founder
Sunnyvale

## Summary

Fellow of American Institute for Medical and Biological Engineering. Built a high tech biotech/medical instrumentation company across the pacific from scratch. Struggled through team assembly, fund raising, product development and manufacturing, supply chain management, commercialization, M&A negotiation and finally integration into a multinational conglomerate; all compressed into less than 3 years. The lack of sufficient amount of scientific data in real world often forces one to make "live/death" decisions based on intuition. The fear and the excitement is not for everyone. But it is certainly addictive.

Struggled through the transition from head of a startup to member of a corporate leadership team; shepherded the growth of the pre-revenue startup to a business with ~$100M of annual revenue. Successfully delivered wining results to all participants along the journey beyond everyone's expectation.

Happily turned the page to the next chapter in life...

———

## Experience

Genotic Biotechnologies Inc.
Founder and President
June 2019 - Present (2 years)
Sunnyvale, California, United States

Genotix Biotechnologies is an early-stage biotech startup with significant venture backing. The company is developing an innovative biomarker analysis technology that pushes the envelope in detection capability while dramatically reduces the cost and process needed to design tests and process samples.

to be determined
Chief Explorer
January 2019 - June 2019 (6 months)
United States

Happily exploring the next phase in life

## Beckman Coulter Life Sciences
### Chief Technical Officer
June 2014 - January 2019 (4 years 8 months)
11800 SW 147 Ave., Miami, FL 33196

Member of the Beckman Coulter R&D leadership team.   Winner of Beckman Innovation Award and Danaher Innovation Gold Medal.  Inventor, Architect and shepherd of the CytoFLEX product portfolio that has been a major contributor to the growth of Beckman Coulter Life Sciences, an American company providing various research and clinical tools for scientists to study cells and its components; and a range of analytical instruments, reagents, consumables, software, and services for hospitals and physician's offices, reference laboratories, and various critical care settings.  BCI is a subsidary of Danaher Corp, a $50B conglomerate listed on NYSE (DHR).

## Xitogen Technologies Inc.
### Founder, CTO and Chairman of the Board
July 2011 - June 2014 (3 years)
Suzhou Industrial Park in China and San Jose, Califonia in US

A high tech startup specialized in the development, manufacturing and sales of high performance biomedical instruments for research and clinical applications. Xitogen was acquired by Beckman Coulter in June 2014, a 1st China based pre-revenue biomedical instrumentation company acquired by a major international conglomerate.  The products developed by Xitogen were immediately commercialized, widely accepted by the market and have been a major contributor to the growth of the parent company.

## BD Biosciences
### Engineering Manager
July 2004 - March 2011 (6 years 9 months)
San Jose, California

R&D engineering and management position in a medical technology company that develops, manufactures, and sells medical devices, instrument systems, and reagents worldwide. The Biosciences division offers research and clinical tools that facilitate the study of cells and their components. Its products include fluorescence-activated cell sorters and analyzers; monoclonal antibodies and kits for performing cell analysis; reagent systems for life science research; cell imaging systems; diagnostic assays; and cell culture media supplements for biopharmaceutical manufacturing.

## Nortel Networks/Xros Inc.

### Engineering Manager
March 2000 - June 2002 (2 years 4 months)
Santa Clara

Joined Notel Networks through its $3.5B acquisiotion of Xros Inc, a 70 person start up that developed a large scale optical cross connect systems.  Winner of Nortel Top Talent Award.

### Bell Laboratories
Member of Technical staff/Director of Network Systems
August 1996 - February 2000 (3 years 7 months)
Murry Hills, New Jersey

Selected to be a member of a "tiger team" to develop a cutting edge optical network system.  At its peak, Bell Lab was the premier facility of industrial research, developing a wide range of revolutionary technologies, including radio astronomy, the transistor, the laser, information theory, the UNIX operating system, the C programming language and the C++ programming language.  Seven Nobel Prizes have been awarded for work completed at Bell Laboratories.

### University of California Berkeley, Department of Chemistry
Tenure track assistant professor, LBL faculty scientist
July 1990 - June 1996 (6 years)
Berkeley, California

Winner of Henry Dreyfus Young Investigator Award, NSF Presidential Young Investigator Award and A.P. Sloan Research Fellow.  US News and World Report has ranked Berkeley's chemistry program first in the U.S.  Its faculty and graduates have won numerous awards, including the Wolf Prize, the National Medal of Science, the National Medal of Technology, the Presidential Medal of Freedom, as well as 13 Nobel Prizes.

_____

# Education

### MIT
Doctor of Philosophy (Ph.D.), Physical Chemistry · (1983 - 1988)