IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKTON, DICKINSON AND COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 21-833-CFC<br>) |
| BECKMAN COULTER, INC., | )<br>) |
| Defendant. | )<br>)<br>) |

**<u>DECLARATION OF ADAM PAN</u>**

I, Adam Pan, declare as follows:

1. I am an associate at the law firm of Williams & Connolly, LLP, counsel to Defendant Beckman Coulter, Inc. I respectfully submit this declaration in support of Beckman's Partial Motion to Dismiss for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. Attached hereto as **Exhibit A** is an excerpt of a true and correct copy of Warren J. Smith, *Modern Optical Engineering: The Design of Optical Systems* (2nd ed 1996), which is incorporated by reference by U.S. Patent No. 7,787,197 at column 8, lines 33-35.

I declare under penalty of perjury that the foregoing is true and correct.

1

|  |  |
|---|---|
| Dated: July 29, 2021 | */s/ Adam Pan*<br>Adam Pan<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000<br>apan@wc.com |