IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 21-833 (CFC) ) ) |
| BECKMAN COULTER, INC., | ) ) |
| Defendant. | ) ) |

**<u>BECTON DICKINSON'S MOTION FOR A PRELIMINARY INJUNCTION</u>**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Becton, Dickinson and Company ("BD") hereby moves to preliminarily enjoin Defendant Beckman Coulter, Inc. from further infringing U.S. Patent No. 7,201,875.

The grounds for this Motion are set forth in BD's Opening Brief in support of this Motion and supporting papers, filed herewith.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | /s/ *Jeremy A. Tigan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Jeremy A. Tigan (#5239) |
| Steven C. Cherny | 1201 North Market Street |
| Matthew A. Traupman | P.O. Box 1347 |
| Ron Hagiz | Wilmington, DE  19899 |
| Allyson E. Parks | (302) 658-9200 |
| QUINN EMANUEL | jblumenfeld@morrisnichols.com |
|    URQUHART & SULLIVAN, LLP | jtigan@morrisnichols.com |
| 51 Madison Avenue | |
| New York, NY  10010 | *Attorneys for Plaintiff* |
| (212) 849-7000 | |

August 23, 2021

**RULE 7.1.1 CERTIFICATE**

Pursuant to D. Del. LR 7.1.1, counsel for Plaintiff Becton, Dickinson and Company hereby certifies that counsel for the parties, including Delaware counsel, discussed the subject matter of the foregoing motion and the relief sought, and that the parties have been unable to reach agreement.

*/s/ Jeremy A. Tigan*

_____
Jeremy A. Tigan (#5239)

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 23, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Thomas H.L. Selby, Esquire<br>David M. Krinsky, Esquire<br>Teagan J. Gregory, Esquire<br>D. Shayon Ghosh, Esquire<br>Adam Pan, Esquire<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC  20005<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)