IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECTON, DICKINSON AND COMPANY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 21-833-CFC |
| | ) | |
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF REFERENCE

At Wilmington this 27th day of August, 2021, pursuant to 28 U.S.C. §
636(b);

IT IS ORDERED that the pending Motion for Preliminary Injunction (D.I.
17) is referred to Magistrate Judge Jennifer L. Hall for resolution.

_____
Chief Judge