IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. No. 21-833 (CFC) (JLH) |
| ) | |
| BECKMAN COULTER, INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Plaintiff Becton, Dickinson and Company to file its Reply Brief in support of its Motion for a Preliminary Injunction (D.I. 17) is extended to December 20, 2021.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (#4489) |
| Jeremy A. Tigan (#5239) | Nathan R. Hoeschen (#6232) |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE  19899 | Wilmington, DE  19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@morrisnichols.com | kkeller@shawkeller.com |
| jtigan@morrisnichols.com | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

December 15, 2021

SO ORDERED this ___ day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE