IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BECKMAN COULTER, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 21-833 (CFC) (JLH)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF LODGING

PLEASE TAKE NOTICE that Plaintiff Becton, Dickinson and Company is lodging with the Court true and correct copies of native files referenced as Exhibits 86, 87, 97, 98 and 116 to the Declaration of Landon Smith in support of Becton, Dickinson and Company's Reply Brief in Further Support of Its Motion for a Preliminary Injunction.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Steven C. Cherny<br>Matthew A. Traupman<br>Ron Hagiz<br>Allyson E. Parks<br>QUINN EMANUEL<br>   URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, NY  10010<br>(212) 849-7000<br><br>Landon A. Smith<br>QUINN EMANUEL<br>   URQUHART & SULLIVAN, LLP<br>300 W. 6th Street<br>Austin, TX 78701<br>(737) 667-6100<br><br>December 20, 2021 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 20, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Thomas H.L. Selby, Esquire<br>David M. Krinsky, Esquire<br>Teagan J. Gregory, Esquire<br>D. Shayon Ghosh, Esquire<br>Adam Pan, Esquire<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC  20005<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)