IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 21-833 (CFC) (JLH) ) |
| BECKMAN COULTER, INC., | ) ) |
| Defendant. | ) ) |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Plaintiff Becton, Dickinson and Company to file redacted versions of its Reply Brief in Support of its Motion for Preliminary Injunction and supporting papers (D.I. Nos. 71-74) is extended to January 5, 2022.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Jeremy A. Tigan* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

December 29, 2021

SO ORDERED this ___ day of _____, 2021.

_____
Chief United States District Court Judge