IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BECKMAN COULTER, INC., ) <br> ) <br> Defendant. ) | C.A. No. 21-833 (CFC) (JLH) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 29, 2021 Oral Order (D.I. 76), the parties provide this joint status report regarding the hearing on Plaintiff's Motion for Preliminary Injunction set for January 7, 2022, at 10:00 a.m.

Subject to the Court's availability, the parties request that the Court set aside three hours for the hearing (90 minutes per side). Furthermore, unless the Court believes it would be helpful to hear testimony from any of the parties' declarants, neither party will present testimony during the hearing. Finally, although the hearing currently is scheduled to be held in person, in light of the current state of the Covid pandemic, the parties are prepared to proceed via videoconference if that is the Court's preference.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

January 3, 2022